**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 06-6253

—————

CARLOS ORTIZ,

Petitioner - Appellant,

versus

BLEDSOE, Warden, United States Penitentiary,
Lee County,

Respondent - Appellee.

—————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (CA-05-512-7)

—————

Submitted: March 30, 2006        Decided: April 10, 2006

—————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Carlos Ortiz, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carlos Ortiz, a federal prisoner, appeals the district court's order denying relief on his motion filed under Fed. R. Civ. P. 60(b), in which he sought reconsideration of the court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, affirm for the reasons stated by the district court. See Ortiz v. Bledsoe, No. CA-05-512-7 (W.D. Va. Jan. 20, 2006). We grant Ortiz's motion to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED